MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MARION GENTRY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations,<br>performing the duties and functions not<br>reserved to the Commissioner of Social<br>Security,<br><br>    Defendant. | 1:17-cv-01250-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a two-week extension of time to June 13, 2018 to respond to Plaintiff's opening brief.  This is Defendant's first request for an extension of time. Defendant's counsel requests this additional time because she has three other district court briefs due within the next week.

    This request is made in good faith with no intention to unduly delay the proceedings.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                Respectfully submitted,

Dated: May 25, 2018        <u>/s/ Shellie Lott by Chantal R. Jenkins*</u>
                Shellie Lott
                As authorized *via* email on May 25, 2018
                Attorney for Plaintiff

Dated: May 25, 2018        MCGREGOR W. SCOTT
                United States Attorney
                DEBORAH LEE STACHEL
                Regional Chief Counsel, Region IX
                Social Security Administration

           By:  <u>/s/ Chantal R. Jenkins</u>
                CHANTAL R. JENKINS
                Special Assistant United States Attorney

<u>ORDER</u>

  Pursuant to the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time to June 13, 2018, in which to file an opposition to Plaintiff's opening brief. All other deadlines in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

 Dated:  **May 29, 2018**       /s/ *Barbara A. McAuliffe*
                 UNITED STATES MAGISTRATE JUDGE